J. A21031/20

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| GEICO ADVANTAGE INSURANCE COMPANY, AS SUBROGEE OF ITS INSURED, MONIL PATEL | : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | : : | |
| MODERN AUTO CRAFTERS, | : : | No. 3489 EDA 2019 |
| Appellant | : | |

Appeal from the Judgment Entered November 22, 2019,
in the Court of Common Pleas of Philadelphia County
Civil Division at No. 180302579

BEFORE:  LAZARUS, J., DUBOW, J., AND FORD ELLIOTT, P.J.E.

JUDGMENT ORDER BY FORD ELLIOTT, P.J.E.:       **FILED AUGUST 28, 2020**

We find that this appeal concerning Section 9-605 of the Philadelphia Towing Ordinance properly falls within the purview of the Commonwealth Court's jurisdiction.  ***See Hammer v. Nikol***, 659 A.2d 617, 619 n.4 (Pa.Commw.Ct. 1995) (noting that appeal originally filed in this court was properly transferred to the Commonwealth Court pursuant to Pa.R.A.P. 751 and 752, because one of the issues involved a violation of the Philadelphia Towing Ordinance); 42 Pa.C.S.A. § 762(a)(2).

Accordingly, we transfer this case to the Commonwealth Court. Appellant's application for oral argument is dismissed as moot.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: <u>8/28/20</u>